UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRISTA ANNE SCHMIER, and ) | |
| JONATHAN DAVID SCHMIER ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| THE FAYETTEVILLE PUBLIC WORKS ) | |
| COMMISSION; THE CITY OF ) | No. 5:18-CV-50-FL |
| FAYETTEVILLE, NC; AND DAVID W. ) | |
| TREGO ) | |
| Defendants . ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2018, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 5, 2018, and Copies To:**
Trista Ann Schmier/Jonathan David Schmier (via US mail) P O Box 35193, Fayetteville, NC 28303.

April 5, 2018                   PETER A. MOORE, JR., CLERK

                  /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk